UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
MAR 28 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

NO. 5:16-MJ-1087-RN

| | |
|---|---|
| IN THE MATTER OF THE ) | |
| APPLICATION OF THE UNITED ) | |
| STATES OF AMERICA FOR USE OF A ) | |
| CELL SITE SIMULATOR TO LOCATE ) | **ORDER TO DELAY NOTICE** |
| THE CELLULAR DEVICE ASSIGNED ) | **(UNDER SEAL)** |
| CALL NUMBER (919) 491-7750, ) | |
| WITH INTERNATIONAL MOBILE ) | |
| SUBSCRIBER IDENTITY ) | |
| 310410785849154 ) | |

Upon motion of the United States of America, and for good cause shown, pursuant to Title 18 U.S.C. § 3103a(c), the required notice to the person whose cellular telephone was located in the above-captioned matter, and other such parties, is hereby ORDERED to be delayed until July 9, 2016.

This, the 28 day of March, 2016.

_____
JAMES E. GATES
United States Magistrate Judge